# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOL H. PARKS, | Case No.  CV 15-00623-RAO |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: December 14, 2015

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE