FILED
CLERK, U.S. DISTRICT COURT

1/15/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GR_____ DEPUTY

1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Randol H. Parks
6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 RANDOL H. PARKS,                    )  Case No.: 5:15-cv-00623-RAO
                                       )
11                                     )  ORDER AWARDING EQUAL
              Plaintiff,               )  ACCESS TO JUSTICE ACT
12                                     )  ATTORNEY FEES PURSUANT TO
       vs.                             )  28 U.S.C. § 2412(d)
13 CAROLYN W. COLVIN, Acting           )
   Commissioner of Social Security,    )
14                                     )
                                       )
15            Defendant                )
                                       )
16 _____)

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees:

20        IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   DATE: January 15, 2016
22
                                    _____
23                                  THE HONORABLE ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Randol H. Parks